862

No. 601. BANGS, TRUSTEE, *v.* FOGEL. C. C. A. 7th. Certiorari denied. *U. S. Lesh* for petitioner.

No. 602. GORDON *v.* UNITED STATES. C. C. A. 6th. Certiorari denied. *John Wattawa* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for the United States.

No. 605. WATSON, ATTORNEY GENERAL, *v.* LARSON, STATE TREASURER, ET AL. Supreme Court of Florida. Certiorari denied. *J. Tom Watson,* Attorney General of Florida, and *Sumter Leitner,* Assistant Attorney General, for petitioner. *Lawrence A. Truett* for respondents.

No. 610. POLAND COAL Co. *v.* HILLMAN COAL & COKE Co. Supreme Court of Pennsylvania. Certiorari denied. *Fred C. Houston* and *Leonard K. Guiler* for petitioner. *Earl F. Reed* and *Charles M. Thorp, Jr.* for respondent.

No. 614. CALCASIEU PAPER Co., INC. *v.* CARPENTER PAPER Co. C. C. A. 5th. Certiorari denied. *William E. Allen* and *Sam A. Billingsley* for petitioner. *G. L. DeLacy* and *Ogden K. Shannon* for respondent.

No. 616. SWACKER *v.* PENNROAD CORPORATION ET AL. Supreme Court of Delaware. Certiorari denied. *Harvey D. Jacob* and *Alexander Conn* for petitioner. *James R. Morford* and *William D. Donnelly* for respondents.

No. 622. WESTERN UNION TELEGRAPH Co. *v.* MC-COMB, WAGE & HOUR ADMINISTRATOR. C. C. A. 6th.